The People of the State of New York on Complaint of Lena Taren, Respondent, v. Isidore Taren, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

The People of the State of New York ex rel. Coles Carpenter, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ quashed, with fifty dollars costs and disbursements to the respondent. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

The People of the State of New York ex rel. Savino Ranando, Appellant, v. The Warden and Agent of the State Prison at Sing Sing, Respondent.— Order dismissing writ of habeas corpus affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

Joseph N. Quinlan, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Rockland-Rockport Lime Company, Respondent, v. Mary C. Leary, as Administratrix, etc., of James D. Leary, Deceased, Respondent, Impleaded with Daniel J. Leary and Others, Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Simon Schneider and Others, Appellants, v. Joseph Pines, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Daniel A. Shafer, Respondent, v. Thomas Finan, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas and Rich, JJ., concurred; Burr, J., dissented.